FILED

MJ 24-06142

2024 OCT -7 AM 9:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: *asi*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER |
| PLAINTIFF(S) | 2:2024-CR-00034 |
| V. | |
| STEVENSON Genghis Khan | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: INDICTMENT

in the Eastern                 District of Kentucky                 on 10/04/2024

at 10:00         ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about

in violation of Title 21                 U.S.C., Section(s) 841 (a)(1)

to wit: Possession with Intent to Distribute 40 Grams or more of Fentanyl

A warrant for defendant's arrest was issued by: Robert Carr

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____10/4/24____
                     Date

*Rene Luna*
Signature of Agent

Luna. R
Print Name of Agent

USMS
Agency

DUSM
Title