AO 442 (Rev. 11/11) Arrest Warrant     DEA 11693604

RECEIVED
By JKing1 at 12:29 pm, Jul 11, 2024

FILED

## UNITED STATES DISTRICT COURT

2024 OCT -7 AM 9: 00

for the

Eastern District of Kentucky

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: asi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **GENGHIS KHAN STEVENSON** | ) | Case No.   2:24-cr-00034-DLB-CJS-1 |
| 803 E. Victoria Street | ) | |
| Carson, CA 90746 | ) | |
| DOB: 4/19/1978 SSN: 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 | ) | **MJ 24-06142** |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GENGHIS KHAN STEVENSON                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1)- PWID 40 grams or more of Fentanyl-1 count

Date:     07/11/2024                                            _____
                                                                       *Issuing officer's signature*

City and state:     COVINGTON, KY                          ROBERT R. CARR BY TAYLOR BOESCH, DC
                                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __10/04/24__ , and the person was arrested on *(date)* __10/04/24__ at *(city and state)* __Los Angeles, CA__ . |
| Date: __10/04/24__                    _____ <br> *Arresting officer's signature* <br><br> R. LUNA   DUSM  # 31858 <br> *Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                            Race:

Hair:                                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: